1
2
3
4
5
6
7

E-FILED: 06/27/2016

CC: Rosa Morales

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11  LARRY TRUJILLO,

12          Plaintiff,

13      v.

14  COUNTY OF LOS ANGELES, a
15  public entity; JULIAN WALLACE,
    M.D., a public employee, NINA
16  VASSERIAN M.D., a public employee;
    ALICIA MAHONEY N.P., a public
17  employee; DOES 1 -10,

18

19          Defendants.

Case No. CV-14-05431 PSG (MRWx)
*[Hon. Judge Philip S. Gutierrez, Ctrm.*
*880; Mag. Judge Michael R. Wilner]*

**[~~PROPOSED~~] JUDGMENT**

20

21      Pursuant to the Court's Order granting Defendants' Motion for Summary

22  Judgment, filed on June 10, 2016, IT IS HEREBY ORDERED, ADJUDGED, and

23  DECREED that judgment is entered in favor of Defendants COUNTY OF LOS

24  ANGELES, NINA ZASORIN. M.D. (erroneously sued as Nina Vasserian M.D.),

25  JULIAN WALLACE, M.D., and ELISEA MAHONEY, N.P., ("Defendants") and

26  against plaintiff LARRY TRUJILLO, and that the action is dismissed with prejudice.

27  ///

28  ///

MANNING&KASS
ELLROD, RAMIREZ, TRESTER LLP
*Attorneys at Law*

1    Defendants are entitled to recover their costs of suit pursuant to a Bill of Costs to

2  be filed by Defendants.

3

4  Dated: _____    PHILIP S. GUTIERREZ
                06/27/2016
                                   _____
5                                  The Honorable Philip S. Gutierrez
                                   U.S. District Court Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  Submitted by:
2  Timothy J. Kral, Esq. (SBN 200919)
   Robert E. Murphy, Esq. (SBN 103936)
3  Monica M. de Leon Esq. (SBN 301384)
   **MANNING & KASS**
4  **ELLROD, RAMIREZ, TRESTER LLP**
   801 S. Figueroa St, 15th Floor
5  Los Angeles, California 90017-3012
   Telephone: (213) 624-6900
6  Facsimile: (213) 624-6999
   tjk@manningllp.com; rem@manningllp.com
7  mmd@manningllp.com

8  Attorneys for Defendants COUNTY OF LOS ANGELES,
   NINA ZASORIN. M.D. (named Erroneously as Nina
9  Vasserian M.D.), JULIAN WALLACE, M.D., and
   ELISEA MAHONEY, N.P.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28