Greg W. Garrotto Esq.  SBN 89542
LAW OFFICES OF GREG W. GARROTTO
1875 Century Park East, Suite 2230
Los Angeles, California 90067
Telephone (310) 229-9200
Fax (310) 229-9209
e-mail jjggarrotto@msn.com

Attorneys for Plaintiff, Larry Trujillo

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TRUJILLO, | CASE NO.  CV14-5431 MRW |
| Plaintiff, | (~~PROPOSED~~) ORDER ON STIPULATION RE:  REQUEST FOR DISMISSAL |
| v. | |
| COUNTY OF LOS ANGELES, a public entity; JULIAN WALLACE, M.D., a public employee; NINA VASSERIAN M.D., a public employee; ALICIA MAHONEY N.P., a public employee; DOES 1-10 | |
| Defendants | |

THE COURT, having reviewed the Stipulation Re: Request for Dismissal hereby orders:

1   IT IS ORDERED that the within action is dismissed.  The Court retains
2
3   jurisdiction in this matter pending finalization of the settlement.
4   Date: March 18, 2022          _____/s/_____
5                                 MICHAEL R. WILNER
                                  UNITED STATES MAGISTRATE JUDGE